UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIDEL H. PAJARILLO,

        Plaintiff - Appellant,

 v.

COUNTRYWIDE HOME LOANS, INC.; et al.,

        Defendants - Appellees.

No. 10-17273

D.C. No. 2:09-cv-00078-LDG-GWF
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered January 17, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Craig Westbrooke
        Deputy Clerk