UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Fidel H. Pajarillo<br><br>　　　　　　Plaintiff-Appellant,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; et al.,<br><br>　　　　　　Defendants-Appellees. | District No.　2:09-cv-00078-LDG-GWF<br><br>U.S.C.A. No.　10-17273 |

ORDER ON MANDATE

　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on  02-11-2013 , issued its judgment AFFIRMING in part, REVERSING in part, and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court. IT IS FURTHER ORDERED  a status hearing will be held Wednesday, February 20, 2013 at 2:00p.m. before the Honorable Judge Lloyd D. George in Courtroom 6B.

Dated this  12  day of  Feb , 2013.

_____
Lloyd D. George
United States District Judge