J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 385-3373
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Home Loans, Inc.,
Mortgage Electronic Registration Systems, Inc.
and ReconTrust Company, N.A.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FIDEL H. PAJARILLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; et al.,<br><br>Defendants. | Case:  2:09-cv-00078-LDG-GWF<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** |

Defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc. and ReconTrust Company, N.A., through their attorneys, Lewis and Roca LLP, request that the Court take judicial notice of the following documents, copies of which are attached hereto as Exhibits "A" through "D."

1. Clark County Recorders Office Property Records website search results for parcel number 176-11-210-017, a true and correct copy of which is attached as Exhibit "A."

2. Assignment recorded with the Clark County Recorder's office, a true and correct copy of which is attached as Exhibit "B."

3. Notice of Default recorded with the Clark County Recorder's Office, a true and correct copy of which is attached as Exhibit "C."

4. Lis Pendens recorded in the Clark County Recorders Office, a true and correct copy of which is attached as Exhibit "D."

Nevada law allows for a court to take judicial notice of a fact if it is "(a) Generally known within the territorial jurisdiction of the trial court; or (b) Capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, so that the

1  fact is not subject to reasonable dispute." NRS 47.130. A court may take judicial notice of matters
2  of public record. See, e.g. *Shaw v. Han*, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995); *Mack v. South
3  Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986).
4      All documents attached are public documents on file in the Clark County Recorder's
5  office. The documents are therefore generally known within the territorial jurisdiction of this
6  Court. Moreover, the above-listed documents are capable of accurate and ready determination by
7  resort to sources whose accuracy cannot reasonably be questioned—i.e., by resort to the Clark
8  County Recorder's Office. Accordingly, the existence and contents of the attached documents are
9  not subject to reasonable dispute. Defendants therefore request that the Court take judicial notice
10  of the attached documents pursuant to NRS 47.130.
11      DATED this 20th day of February, 2013.

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
MENG ZHONG, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I hereby certify that service of **DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** was made on the 20th day of February, 2013, by depositing a copy for mailing, first class mail, postage prepaid, at Las Vegas, Nevada, to the following:

Fidel H. Pajarillo
6706 Zephyr Wind Avenue
Las Vegas, NV 89139
Pro Se Plaintiff

_____
an employee of Lewis and Roca LLP

00248795;

# EXHIBIT A

## Search Results

You searched under: **Parcel Number**, for: **176-11-210-017**, with the document types of: **ALL DOCUMENTS**, between: **1/1/1900** and **1/28/2013**

**Records found: 28**

Refresh |

| First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|
| PINNACLE FOUR INC | PAJARILLO, FIDEL H | 200512060004145 | DEED | | 12/6/2005 2:48:07 PM | 176-11-210-017 | | $774,500.00 |
| PAJARILLO, ROSALINDA | PAJARILLO, FIDEL | 200512060004146 | DEED | | 12/6/2005 2:48:07 PM | 176-11-210-017 | | |
| PAJARILLO, FIDEL H | COUNTRYWIDE HOME LOANS INC | 200512060004147 | DEED OF TRUST | | 12/6/2005 2:48:07 PM | 176-11-210-017 | | |
| PARARILLO, FIDEL H | COUNTRYWIDE HOME LOANS INC | 200512060004148 | DEED OF TRUST | | 12/6/2005 2:48:07 PM | 176-11-210-017 | | |
| PAJARILLO, FIDEL H | CORONADO RANCH STREET | 200808120003162 | LIEN | | 8/12/2008 11:12:18 AM | 176-11-210-017 | | |
| PAJARILLO, FIDEL H | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 200809100004625 | DEFAULT | | 9/10/2008 3:40:36 PM | 176-11-210-017 | | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | RECONTRUST COMPANY | 200809160001344 | SUBSTITUTION | TRUSTEE | 9/16/2008 9:40:25 AM | 176-11-210-017 | | |
| PAJARILLO, FIDEL H | CORONADO RANCH STREET AND LMA | 200810020002480 | DEFAULT | | 10/2/2008 11:48:48 AM | 176-11-210-017 | | |
| CORONADO RANCH STREET AND LMA | PAJARILLO, FIDEL H | 200811100003244 | LIEN | Release(RL) | 11/10/2008 2:04:23 PM | 176-11-210-017 | | |
| CORONADO RANCH STREET AND LMA | PAJARILLO, FIDEL H | 200811100003245 | NOTICE | RESCISSION | 11/10/2008 2:04:23 PM | 176-11-210-017 | | |
| COUNTRYWIDE HOME LOANS | PAJARILLO, FIDEL H | 200812180003455 | LIS PENDENS | | 12/18/2008 3:58:28 PM | 176-11-210-017 | NOTICE OF PENDENCY OF ACTION | |
| PAJARILLO, FIDEL H | CORONADO RANCH STREET AND LMA | 200907290002442 | LIEN | | 7/29/2009 11:21:30 AM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | CORONADO RANCH STREET AND LMA | 200910050001925 | DEFAULT | | 10/5/2009 12:17:07 PM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | CORONADO RANCH STREET AND LMA | 200910150001536 | LIEN | | 10/15/2009 12:00:30 PM | 176-11-210-017 | | $0.00 |
| CORONADO RANCH STREET AND LMA | PAJARILLO, FIDEL H | 200910150001537 | LIEN | RELEASE | 10/15/2009 12:00:30 PM | 176-11-210-017 | | $0.00 |
| CORONADO RANCH STREET AND LMA | PAJARILLO, FIDEL H | 200910150001538 | NOTICE | RESCISSION | 10/15/2009 12:00:30 PM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | CORONADO RANCH STREET AND | 201001080001686 | DEFAULT | | 1/8/2010 10:08:46 AM | 176-11-210-017 | | $0.00 |

| First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|
| CORONADO RANCH STREET AND LMA | LMA PAJARILLO, FIDEL H | 201004280001573 | LIEN | RELEASE | 4/28/2010 9:33:20 AM | 176-11-210-017 | | $0.00 |
| CORONADO RANCH STREET | PAJARILLO FIDEL H | 201004280001574 | NOTICE | RESCISSION | 4/28/2010 9:33:20 AM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | RECONTRUST COMPANY | 201101040006869 | DEFAULT | RESCISSION | 1/4/2011 3:40:30 PM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | | 201106020001558 | AFFIDAVIT | | 6/2/2011 11:34:21 AM | 176-11-210-017 | | $0.00 |
| RODIS, SONIA | PAJARILLO, FIDEL H | 201106270001978 | RECONVEYANCE | | 6/27/2011 2:32:14 PM | 176-11-210-017 | | $0.00 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | BANK OF AMERICA NA | 201108020002460 | ASSIGNMENT | | 8/2/2011 2:41:02 PM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | RECONTRUST COMPANY NA | 201108020002461 | DEFAULT & ELECTION TO SELL | | 8/2/2011 2:41:02 PM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | RECONTRUST | 201111160002687 | CERTIFICATE FORECLOSURE MEDIATION NEVADA | | 11/16/2011 2:41:56 PM | 176-11-210-017 | | $0.00 |
| PAJARILLO, FIDEL H | RECONTRUST COMPANY NA | 201111160002688 | NOTICE OF TRUSTEE SALE | | 11/16/2011 2:41:56 PM | 176-11-210-017 | | $0.00 |
| RECONTRUST COMPANY NA | PAJARILLO, FIDEL H | 201111210002852 | RECONVEYANCE | RESCISSION | 11/21/2011 12:03:59 PM | 176-11-210-017 | TEXT IN TOP MARGIN-PG2 | $0.00 |
| PAJARILLO, FIDEL H | | 201202060001170 | HOMESTEAD | | 2/6/2012 11:14:04 AM | 176-11-210-017 | | $0.00 |

# EXHIBIT B

00248795;

Inst #: 201108020002460
Fees: $14.00
N/C Fee: $0.00
08/02/2011 02:41:02 PM
Receipt #: 866352
Requestor:
LSI TITLE AGENCY INC.
Recorded By: MSH   Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL DOCUMENT TO:
Bank of America, N.A.
400 National waySIMI VALLEY, CA 93065

TS No. 08-0099113
TITLE ORDER#: G860728
176-11-210-017

## CORPORATION ASSIGNMENT OF DEED OF TRUST NEVADA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFER TO:
**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 12/02/2005, EXECUTED BY: FIDEL H PAJARILLO, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY,TRUSTOR: TO RECONTRUST COMPANY, N.A., TRUSTEE AND RECORDED AS INSTRUMENT NO. 0004147 ON 12/06/2005, IN BOOK 20051206, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF CLARK COUNTY, IN THE STATE OF NEVADA.

DESCRIBING THE LAND THEREIN: AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST.

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: 08/01/2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: TEXAS
County of: TARRANT

BY: _Laura Dalley 8/1/11_
Laura Dalley, Assistant Secretary

AUG 0 1 2011
On _____ before me __Elsie E. Kroussakis__, personally appeared __Laura Dalley__, Asst. Sec., known to me (or proved to me on the oath of _____ or through ___TDL___) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_Elsie Kroussakis_
Notary Public's Signature

ELSIE E KROUSSAKIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-14-11

# EXHIBIT C

00248795;

Inst #: 201108020002461
Fees: $215.00
N/C Fee: $0.00
08/02/2011 02:41:02 PM
Receipt #: 866352
Requestor:
LSI TITLE AGENCY INC.
Recorded By: MSH  Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
2380 Performance Dr, RGV-D7-450
Richardson, TX  75082
NVNOD_2011.3.0.2_03/2011
TS No. 08-0099113
Title Order No. G860728
APN No. 176-11-210-017
Property Address:
6706 ZEPHYR WIND AVENUE
LAS VEGAS, NV 89139-5339

## NEVADA IMPORTANT NOTICE
### NOTICE OF DEFAULT/ELECTION TO SELL UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN THAT: RECONTRUST COMPANY, N.A., Trustee for the Beneficiary under a Deed of Trust dated 12/02/2005, executed by FIDEL H PAJARILLO, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as beneficiary recorded 12/06/2005, as Instrument No. 0004147 (or Book 20051206, Page ) of Official Records in the Office of the County Recorder of Clark County, Nevada.  Said obligation including ONE NOTE FOR THE ORIGINAL sum of $619,600.00. That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of : FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 04/01/2008 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS, TOGETHER WITH ALL LATE CHARGES, PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY, INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION, THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 01/01/2036 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.

That by reason thereof, the present beneficiary under such deed of trust has deposited with RECONTRUST COMPANY, N.A. such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

## NOTICE

You may have the right to cure the default hereon and reinstate the one obligation secured by such Deed Of Trust above described. Section NRS 107.080 permits certain defaults to be cured upon the payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occured. Where reinstatement is possible, if the default is not cured within 35 days following recording and mailing of this Notice to Trustor or Trustor's successor in interest, the right of reinstatement will terminate and the property may there after be sold. The Trustor may have the right to bring court action to assert the non existence of a default or any other defense of Trustor to acceleration and sale.

To determine if reinstatement is possible and the amount, if any, to cure the default, contact: Bank of America, N.A., c/o RECONTRUST COMPANY, N.A. 2380 Performance Dr, TX2-984-0407, Richardson, TX 75082, PHONE: (800) 281-8219. Should you wish to discuss possible options for loan modification, you may contact the Home Retention Division at 1-800-669-6650. If you meet the requirements of Section NRS 107.085, you may request mediation in accordance with the enclosed Election/Waiver of Mediation Form and instructions. You may also contact the Nevada Fair Housing Center at 1-702-731-6095 or the Legal Aid Center at 1-702-386-1070 for assistance.

DATED: August 1, 2011                RECONTRUST COMPANY, N.A.

BY: *Lashunda Scott-Kidd* 8/1/2011

Lashunda Scott-Kidd, Authorized Signer

State of: TEXAS        )
County of: TARRANT     )

On AUG 0 1 2011, before me __Elsie E. Kroussakis__, personally appeared __Lashunda Scott-Kidd__, __Authorized Signer__, known to me (or proved to me on the oath of _____ or through __TD DL__) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

WITNESS MY HAND AND OFFICIAL SEAL

*Elsie E Kroussakis*

Notary Public's Signature

ELSIE E KROUSSAKIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-14-11

# EXHIBIT D

00248795;

RECORDING REQUESTED BY Plaintiff FIDEL H. PAJARILLO
AND WHEN RECORDED MAIL TO:

FIDEL H. PAJARILLO
6706 Zephyr Wind Avenue
Las Vegas, Nevada 89139
(702)276-4766
Plaintiff *in Proper* Person

2008 DEC 18 P 3:36

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DISTRICT COURT

## CLARK COUNTY NEVADA

| | |
|---|---|
| FIDEL H. PAJARILLO | CASE NO. A578172 |
| Plaintiff, | DEPARTMENT: II |
| vs. | |
| COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY and Does 1 through 50 inclusive, | NOTICE OF PENDENCY OF ACTION<br>NRS 14.010 Et. Seq. |
| Defendant. | |

**NOTICE OF PENDENCY OF ACTION**

Notice is given that the above-entitled action was filed in the above-entitled court on December 18 2008 by FIDEL H. PAJARILLO Plaintiff, COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, and DOES I through X inclusive, Defendants. The Action affects

1

Notice Of Pendency of Action

the title to a specific parcel of real property and the right to lawful possession of the same, the property location is: 6706 Zephyr Wind Avenue, Las Vegas, Nevada 89139.

and whose Legal description is as follows:

APN #  176-11-210-017

Lot SEVENTEEN (17) in Block ONE (1) of PINNACLE PEAKS-TORREY PINES NORTHWEST, as shown by Map thereof on file in Book 91 of Plats Page (28) in the Office of the Clark County Recorder of Clark County Nevada

and which is identified in the complaint in this action. The property affected by the action is located in the County of Clark, Nevada. The nature of the claims is (i) Fraud (ii) Civil Conspiracy (iii) Slander of Title (v) Wrongful Foreclosure (iv) Defective Notices (vi) To Set Aside A Foreclosure Sale (vii) Respa Violations, (viii) Breach of Fiduciary Duty

DATED: December 18, 2008.

_____
FIDEL H. PAJARILLO
6706 ZEPHYR WIND AVENUE
LAS VEGAS, NEVADA 89139
(702)276-4766
Plaintiff in Pro Se

ACKNOWLEDGMENT

Subscribed and sworn to before me this ___ day of December, 2008

_____
Notary Public in and for the County of Clark,
State of Nevada

MICHELLE MONTANO
Notary Public State of Nevada
No. 00-60798-1
My appt. exp. Sept 16, 2012

2

Notice Of Pendency of Action